IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE RAYMOND PETTY,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1502

Opinion filed July 8, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Willie Raymond Petty, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The "Petition for All Writs" is treated by the court as a petition for writ of mandamus, and is denied.  See Pettway v. State, 776 So. 2d 930 (Fla. 2000).

BENTON, CLARK, and OSTERHAUS, JJ., CONCUR.